# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI PARK, INC., <br><br> Plaintiff, <br> v. <br><br> SOUTHRIDGE PROPERTY OWNERS ASSOCIATION OF PALM SPRINGS., *et al*. <br><br> Defendants. | Case No.: 18-cv-01233-CBM <br><br> **JUDGMENT** <br><br> JS-6 |

On December 20, 2018, Plaintiff notified the Court that the complaint would not be amended. (Dkt. No. 101.) Therefore, consistent with the Court's Order regarding Defendants' motion to dismiss the Complaint (Dkt. No. 100), judgment is hereby entered in favor of the remaining Defendants.

DATED: December 27, 2018

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE